Artemio **HERNANDEZ–CASTRO,**
**Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney**
**General, Respondent.**

**No. 05–74827.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 12, 2010.*

Filed Feb. 23, 2010.

Edgardo Quintanilla, Esq., Sherman Oaks, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel Department of Homeland Security, San Diego, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Anh–Thu P. Mai, Esq., Melissa Neiman–Kelting, Stephen J. Flynn, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: THOMAS and SILVERMAN, Circuit Judges, and BEISTLINE,** Chief District Judge.

**ORDER ***

The motion for voluntary dismissal of the petition for review is GRANTED. The petition for review is DISMISSED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Ralph R. Beistline, United States District Judge for the District of Alaska, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.